## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAURA JOHNSON** | : NO. 02-3586 |
| v. | : |
| **CENTRAL BUCKS SCHOOL DISTRICT** | : CIVIL ACTION |

### ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

    Kindly enter my Entry of Appearance on behalf of the Defendant, Central Bucks School District, in the above captioned matter.

                                          BEGLEY, CARLIN & MANDIO LLP

By: _____
                                        Jeffrey P. Garton, Esquire
                                        Attorney I.D. #16237
                                        Attorney for Defendant