IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAURA JOHNSEN, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : No. 02-CV-3586 |
| v. | : |
| | : (Brody) |
| CENTRAL BUCKS SCHOOL DISTRICT | : |
| | : |
| Defendant. | : |

### ENTRY OF APPEARANCE

TO THE CLERK:

Please enter our appearance on behalf of Defendant, CENTRAL BUCKS SCHOOL DISTRICT, in the above-captioned matter.

Respectfully submitted:

**SWEET, STEVENS, TUCKER & KATZ** LLP

Date: August 14, 2002　　　　　By:_____
**Ellis H. Katz,** Attorney I.D. No. 34835
**Jason R. Wiley,** Attorney I.D. No. 79874
331 Butler Avenue, P.O. Box 5069
New Britain, Pennsylvania 18901
215-345-9111
Attorneys for Defendant,
CENTRAL BUCKS SCHOOL DISTRICT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAURA JOHNSEN, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | No. 02-CV-3586 |
| v. | : | |
| | : | (Brody) |
| CENTRAL BUCKS SCHOOL DISTRICT | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Ellis H. Katz, Esquire, counsel for Defendant, CENTRAL BUCKS SCHOOL DISTRICT, hereby certify that a true and correct copy of the foregoing Entry of Appearance was forwarded to the following counsel at the following address, via U.S. Mail on this date:

SIDNEY L. GOLD, ESQUIRE
Lovitz & Gold, P.C.
Eleven Penn Center, Suite 515
1835 Market Street
Philadelphia, Pennsylvania  19103


SWEET, STEVENS, TUCKER & KATZ LLP


Date: August 14, 2002          By:_____
                               **Ellis H. Katz,** Attorney I.D. No.  34835
                               331 Butler Avenue, P.O. Box  5069
                               New Britain, Pennsylvania  18901 215-345-9111
                               Attorneys for Defendant