**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LAURA JOHNSON | : | |
| *Plaintiff,* | : | |
| | : | No. 02-CV-3586 |
| v. | : | |
| | : | |
| CENTRAL BUCKS SCHOOL DISTRICT | : | CIVIL ACTION |
| | : | |
| *Defendant,* | : | |

**PRAECIPE TO SUBSTITUTE VERIFICATION**

**TO THE CLERK OF COURT:**

    Please substitute the attached verification to the Defendant, Central Bucks School District's Answer to Plaintiff's Complaint with Affirmative Defenses, in the above-captioned matter.

SWEET, STEVENS, TUCKER & KATZ LLP

Date: October 17, 2002        By: _____
                                            Ellis H. Katz, Esquire, Atty. I.D. # 34835
                                            Jason R. Wiley, Esquire, Atty. I.D. # 79874
                                            331 Butler Avenue, P.O. Box 5069
                                            New Britain, Pennsylvania  18901
                                            (215) 345-9111

                                            Counsel for Defendant,
                                            Central Bucks School District

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LAURA JOHNSON | : | |
| *Plaintiff,* | : | |
| | : | No. 02-CV-3586 |
| v. | : | |
| | : | |
| CENTRAL BUCKS SCHOOL DISTRICT | : | CIVIL ACTION |
| | : | |
| *Defendant,* | : | |

## CERTIFICATE OF SERVICE

I, Jason R. Wiley, Esquire, counsel for the Defendant, hereby certify that a true and correct copy of the foregoing Praecipe to Substitute Verification was mailed to the following counsel at the following address, via U.S. First Class Mail on this date:

Sidney L. Gold, Esquire
Lovitz & Gold, P.C.
Eleven Penn Center, Suite 515
1835 Market Street
Philadelphia, Pennsylvania 19103

SWEET, STEVENS, TUCKER & KATZ LLP

Date: <u>October 17, 2002</u>        By: _____
Ellis H. Katz, Esquire, Atty. I.D. # 34835
331 Butler Avenue, P.O. Box 5069
New Britain, Pennsylvania 18901
(215) 345-9111

Attorney for Defendant,
Central Bucks School District