IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAURA JOHNSEN, | : | |
| | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | No. 02-CV-3586 |
| v. | : | |
| | : | (Brody) |
| CENTRAL BUCKS SCHOOL DISTRICT | : | |
| | : | |
| **Defendant,** | : | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Please enter my appearance on behalf of Defendant, CENTRAL BUCKS SCHOOL DISTRICT, in the above-captioned matter.

                                         Respectfully submitted:

                                         **SWEET, STEVENS, TUCKER & KATZ** LLP

Date: November 18, 2002          By:_____
                                                    **Peter J. Solnick,** Attorney I.D. No. 87061
                                                    331 Butler Avenue, P.O. Box 5069
                                                    New Britain, Pennsylvania 18901
                                                    215-345-9111
                                                    Attorney for Defendant,
                                                    CENTRAL BUCKS SCHOOL DISTRICT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAURA JOHNSEN, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : No. 02-CV-3586 |
| v. | : |
| | : (Brody) |
| CENTRAL BUCKS SCHOOL DISTRICT | : |
| | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Peter J. Solnick, Esquire, counsel for Defendant, CENTRAL BUCKS SCHOOL DISTRICT, hereby certify that a true and correct copy of the foregoing Entry of Appearance was forwarded to the following counsel at the following address, via U.S. Mail on this date:

SIDNEY L. GOLD, ESQUIRE
Lovitz & Gold, P.C.
Eleven Penn Center, Suite 515
1835 Market Street
Philadelphia, Pennsylvania  19103

SWEET, STEVENS, TUCKER & KATZ LLP

Date: <u>November 18, 2002</u>         By:_____
**Peter J. Solnick,** Attorney I.D. No.  87061
331 Butler Avenue, P.O. Box  5069
New Britain, Pennsylvania  18901
215-345-9111
Attorneys for Defendant