IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAURA JOHNSEN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CENTRAL BUCKS SCHOOL DISTRICT | : | NO. 02-3586 |

O R D E R

**AND NOW**, this       day of   April, 2003, it is Ordered that the **FINAL PRETRIAL CONFERENCE** scheduled for April 8, 2003 at 4:00 p.m. is **CANCELED** and **RESCHEDULED** for **April 15, 2003** at **2:00 p.m.**.  The conference will be held in chambers, room 7613 on the 7th floor.

ATTEST:                                        or     BY THE COURT


BY:_____          _____
      Deputy Clerk                                      Anita B. Brody, J.

Civ 12 (9/83)

Copies FAXED on _____ to:  Copies MAILED on _____ to:

Sidney L. Gold, Esq. (via fax: 215-569-3870)
Ellis H. Katz, Esq. (via fax: 215-348-1147)